Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−21975−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Audrey P Cooper | Joe G Ortiz |
| 608 Martense Ave | 608 Martense Ave |
| Teaneck, NJ 07666 | Teaneck, NJ 07666 |

Social Security No.:
  xxx−xx−6174                                          xxx−xx−1592

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 14, 2019</u>                    <u>John K. Sherwood</u>
                                                    Judge, United States Bankruptcy Court